No. 624

CUYAHOGA FINNISH SOCIALIST ASSO v. GOODMAN

Ohio Appeals, 8th Dist., Cuyahoga County

No. 5157. Decided June 9, 1924

923. PLEADINGS—Failure to allege corporate capacity cannot be attacked by motion.

FARR, J.　　　　　Epitomized Opinion

Published Only in Ohio Law Abstract

This was an action on a promissory note by the Cuyahoga Finnish Socialist Asso. to one Max Goodman. A motion was filed in the more definite and certain by setting forth the nature of the defense, whether it was a corporation, partnership or voluntary association, and by stating definitely in what capacity the

defendant was sueing. This motion was overruled and a default judgment rendered for the plaintiff. Error was prosecuted to the Court of Appeals. In sustaining the judgment of the lower court, the Court of Appeals held:

1. In an action against a corporation, partnership or voluntary association, a motion to require the plaintiff to make his petition more definite and certain by setting forth what kind of a corporation it is should be overruled, as such an averment is wholly unnecessary, as this question should be raised by answer and as a matter of defense.

Attorneys—Paul Stowe, for Finnish Asso.; White, Cannon & Spieth and Chas. F. Ross, for Goodman; all of Cleveland.